No. 02–9732.  JAMES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9734.  MORA-GARCIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9736.  MOORE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9740.  WORRELL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9741.  VIGNIERO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9744.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9747.  CAICEDO-CUERO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9748.  COLLAZOS-MUNOZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9749.  CROSS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9750.  EYMAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–9757.  BINH HOA LE, AKA BINH BA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9758.  IWUOGO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9760.  SAMUEL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9763.  RIVAS-CASTILLO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9765.  LAC HONG TRAN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9766.  MARQUEZ-LARIOS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.